UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL 1 CONNECTICUT HEALTH FUND; TRUSTEES OF THE BRICKLAYERS LOCAL 1 CONNECTICUT LABOR MANAGEMENT COOPERATION TRUST FUND; AND THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 1 CONNECTICUT<br><br>Plaintiffs,<br><br>vs.<br><br>CIVITILLO MASONRY, INC. AND MICHAEL CIVITILLO<br><br>Defendants. | Civil Action No.<br><br>November 21, 2023 |

## COMPLAINT

**PARTIES**

1.  Plaintiffs Trustees of the Bricklayers Local 1 Connecticut Health Fund and Trustees of the Labor Management Cooperation Trust Fund (hereinafter referred to as "Funds"), are Trustees of a multi-employer employee benefit plan as those terms are defined in Sections 3(3) and 3(37) of the Employee Retirement Income Security Act of 1974, (hereinafter referred to as "ERISA," 29 U.S.C. Sections 1002(3) and (37)). The Funds are established and maintained by a Restated Agreement and Declaration of Trust and by a Collective Bargaining Agreement between the International Union of Bricklayers and Allied Craftworkers, Local 1 Connecticut (hereinafter referred to as the "Union") and Defendant Civitillo Masonry, Incorporated (hereinafter referred to as

"Civitillo"). The Funds are administered at Zenith American Solutions, Inc., 8 Fairfield Blvd, Suite 105, PO Box 5817, Wallingford, Connecticut 06492.

2.   The International Union of Bricklayers and Allied Craftworkers, Local 1 Connecticut (hereinafter "Union") is a labor organization within the meaning of Section 2(5) of the National Labor Relations Act, 29 U.S.C. Section 152(5).

3.   The Defendant, Civitillo, is doing business under the laws of the State of Connecticut, with a business address located at 30 Elmwood Court in Newington, Connecticut 06111. Civitillo transacts business in the State of Connecticut as a contractor or subcontractor in the construction industry and at all times herein was an "employer in an industry affecting commerce" as defined in Sections 501(l), (3) and 2(2) of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. Sections 142(l), (3) and 152(2); Sections 3(5), (9), (11), (12) and (14) of ERISA, 29 U.S.C. Sections 1002(5), (9), (11), (12) and (14); and Section 3 of the Multi-Employer Pension Plan Amendments Act of 1980, 29 U.S.C. Section 1001(a).

4.   The Defendant Michael Civitillo is the owner of Civitillo and is a personal guarantor of the settlement agreement between the parties.

**JURISDICTION AND VENUE**

5.   This Court has jurisdiction of this action under Section 301 of the LMRA, 29 U.S.C. Section 185(a) and under Sections 502 and 515 of ERISA, 29 U.S.C. Sections 1132 and 1145. This is an action for breach of a Collective Bargaining Agreement between an employer and a labor organization representing employees in

2

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

an industry affecting commerce, and an action to collect delinquent employer contributions due to employee benefit plans under the terms of a Collective Bargaining Agreement and ERISA.

**Count I (Breach of Collective Bargaining Agreement)**

6. The Plaintiffs hereby incorporate by reference Paragraphs 1-5 of the Complaint as fully set herein.

7. Defendant Civitillo entered into a Collective Bargaining Agreement with the Union establishing the terms and conditions of employment for bricklayers employed by Civitillo.

8. Pursuant to the Collective Bargaining Agreement, Defendant Civitillo is required to pay to the Funds and the Union certain sums of money for each hour worked by employees of the Defendant Civitillo, covered by the Collective Bargaining Agreement.

9. Said Agreement also binds Civitillo to the Funds' Collection Policy, which provides for interest, liquidated damages, reasonable attorney's fees, and sheriff and court costs to be imposed for the collection of any contributions that are not timely paid.

10. Defendant Civitillo employed certain employees covered under the Collective Bargaining Agreement throughout the relevant period of the months of August 2022 through the present.

11. Defendant Civitillo failed to make contributions due to the Funds and Union for work covered under the Collective Bargaining Agreement for the months of August 2022 through April 2023 in the amount of *$128,628.36*.

12. In June of 2023, the Funds, the Union, and the Defendants entered into a Settlement Agreement including delinquencies in the amount of *$120,644.18* and interest in the amount of *$7,984.90*, for a total of amount of *$128,629.08*. This agreement additionally contemplated the remaining contribution balance due for this time period being paid by third parties in the amount of *$7,984.18* and this amount was therefore not included in the Settlement Agreement total.

13. Civitillo made two payments each in the amount of *$10,719.09*, totaling *$21,438.18* and has since failed to make any additional payments due on August 20, 2023, September 20, 2023, October 20, 2023, and November 20, 2023. The third party payments of *$7,984.18* were also received.

14. Through its failure to make required payments under the Settlement Agreement, Civitillo has breached the Agreement. The remaining balance of the Agreement is therefore due and owing to the Funds.

15. Defendant Civitillo has failed to submit reports as required by the Collective Bargaining Agreement for the months of May 2023 through the present.

16. Defendant Civitillo has failed to remit payment as required by the Collective Bargaining Agreement for the months of June 2023 through the present.

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

17. Civitillo's failure to pay the amounts owed to the Funds and the Union is a breach of the Collective Bargaining Agreement.

18. The amount owed may increase by the time judgment is entered, as Civitillo has not remitted remittance reports or contributions for any months after May 2023.

19. Defendant Michael Civitillo executed a Personal Guarantee in which he guaranteed all amounts owed by Defendant Civitillo Masonry pursuant to the Settlement Agreement including all amounts incurred through the repayment period of the Settlement Agreement.

20. Pursuant to the Settlement Agreement and the Collective Bargaining Agreement, Civitillo and Michael Civitillo are liable to the Plaintiffs for all unpaid delinquent Funds contributions, Union Dues, interest on the unpaid contributions and dues, an amount equal to the greater of (a) interest on the unpaid contributions, or (b) liquidated damages provided for in the Plan, reasonable attorney's fees, costs of this action, and such other legal and equitable relief as the Court deems appropriate.

**COUNT 2 (Delinquent Contributions under ERISA)**

21. The Plaintiffs hereby incorporate by reference Paragraphs 6-20 of the Complaint as fully set herein.

22. Civitillo's failure to pay the amounts owed to the Funds and the Union is a violation of ERISA 29 U.S. Code § 1145 requiring contributions to be made to multiemployer plans under the terms of a Collective Bargaining Agreement.

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

23. Pursuant to 29 U.S.C. 1132(g) (2), the Settlement Agreement, and the Collective Bargaining Agreement, Civitillo and Michael Civitillo are liable to the Plaintiffs for all unpaid delinquent Funds contributions, Union Dues, interest on the unpaid contributions and dues, an amount equal to the greater of (a) interest on the unpaid contributions, or (b) liquidated damages provided for in the Plan, reasonable attorney's fees, costs of this action, and such other legal and equitable relief as the Court deems appropriate.

**WHEREFORE**, Plaintiff Funds pray for judgment as follows:

A. Ordering Defendants Civitillo and Michael Civitillo to make payment on the balance of delinquent contributions in the amount of **$120,644.18** after the payment of **$21,438.18** is applied pursuant to the Funds' Collection and Delinquency Policy.

C. Ordering Defendants Civitillo and Michael Civitillo to submit monthly reports and any unpaid contributions for the months of May 2023 through the present and to submit monthly reports and any unpaid contributions that become due during the pendency of the Complaint until the issuance of a judgment.

D. Ordering Defendants Civitillo and Michael Civitillo to submit payments for contributions discovered as due, through their monthly reporting or otherwise, during the pendency of the Complaint until the issuance of a Judgment.

E. Ordering Defendants Civitillo and Michael Civitillo, in connection with any amounts disclosed as due in excess of the amount stated on the Complaint, to pay liquidated damages provided by the Plan and interest in the amount of twelve percent (12%) per annum pursuant to the Trust Agreements and to 29 U.S.C. Section 1132(g).

F. For such further relief as the Court may deem appropriate.

**DATED** at East Hartford, Connecticut, this 21st day of November 2023.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

FOR THE PLAINTIFFS,

/s/ Alexander S. Lovejoy
Alexander S. Lovejoy, Esq. (ct30511)
ROBERT M. CHEVERIE & ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108-4206
Tele.:(860) 290-9610
Fax:(860) 290-9611
E-mail: alovejoy@cheverielaw.com

7

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Complaint has been served by certified mail, as required by Section 502(h) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132(h), this 21st day of November 2023, on the following:

Secretary of the Treasury
INTERNAL REVENUE SERVICE
P.O. Box 13163
Baltimore, MD 21203
Attn:   **Employee Plans**

Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C. 20210
Attn:   **Assistant Solicitor for Plan Benefits Security**

/s/ Alexander S. Lovejoy
Alexander S. Lovejoy, Esq.

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719