UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL 1 CONNECTICUT HEALTH FUND; TRUSTEES OF THE BRICKLAYERS LOCAL 1 CONNECTICUT LABOR MANAGEMENT COOPERATION TRUST FUND; AND THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 1 CONNECTICUT : : : : : : : : : | CIVIL ACTION NO. 3:23-cv-01530 (OAW) |
| Plaintiffs, : | |
| vs. : | |
| CIVITILLO MASONRY, INC. AND MICHAEL CIVITILLO : : : | |
| Defendants : | February 10, 2025 |

---

## STIPULATION OF JUDGMENT

The Parties hereto, plaintiffs Trustees of the Bricklayers Local 1 Health Fund, Trustees of the Bricklayers Local 1 Connecticut Labor Management Cooperation Trust Fund, and the International Union of Bricklayers and Allied Craftworks Local 1 Connecticut (collectively referred to herein as "Plaintiffs,") and defendants, Civitillo Masonry, Inc. and Michael Civitillo, (collectively referred to herein as the "Defendants,") have reached a settlement fully and finally to resolve and compromise the claims asserted in this action. The Parties desire to settle this action by the entry of a stipulated judgment in order to avoid the uncertainty and unnecessary further expense of litigation.

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

Accordingly, for good and valuable consideration, the mutual exchange of which is acknowledged, the Parties hereby agree to the immediate entry of Judgment on the following terms:

1. In accordance with a Settlement Agreement between the Parties dated February 3, 2025, the Parties hereby agree and stipulate to entry of a full and final Judgment in favor of the Plaintiffs collectively in the amount of **$207,784.43**, representing delinquent contributions in the amount of **$176,730.40** and pre-judgment interest in the amount of **$31,054.03** against Civitillo Masonry, Inc. and Michael Civitillo. The Parties further agree to the entry of post-judgment interest calculated at a non-compounding rate of 12% per annum.

2. Plaintiffs agree that they will not take any steps in any court or proceeding to enforce this Judgment against any Defendant unless either Defendant breach the Settlement Agreement between the Parties and fail to properly cure such a breach in accordance with Paragraph 4 of the Settlement Agreement.

3. This Court will retain jurisdiction to construe and enforce the terms of this Stipulation and the Judgment entered thereon.

WHEREFORE, in accordance with the terms of this Stipulation of Judgment, the Parties move the court to grant the relief requested herein and enter Judgment.

Respectfully submitted by,

FOR THE PLAINTIFFS,

By: /s/ Alexander S. Lovejoy
Alexander S. Lovejoy (ct30511)
Gregory S. Campora (ct23775)
ROBERT M. CHEVERIE
& ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108-4203
Tele.: (860) 290-9610
Fax: (860) 290-9611
E-mail: alovejoy@cheverielaw.com

FOR THE DEFENDANTS,

By: Carolyn A. Young
Carolyn A. Young (ct29781)
Michelson, Kane, P.C.
10 Columbus Boulevard
Hartford, CT 06106
Tele.: (860) 522-1243
Fax: (860)548-0194
E-mail: cyoung@mkrb.com

### CERTIFICATION

I hereby certify that on February 10, 2025, the foregoing Stipulation of Judgment was electronically filed with the Clerk of the Court using the CM/EFC system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's CM/ECF System.

/s/ Alexander S. Lovejoy
Alexander S. Lovejoy